NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SWAPALEASE, INC.,**
*Plaintiff-Appellant,*

**v.**

**SUBLEASE EXCHANGE.COM, INC.,**
*Defendant-Appellee.*

---

2009-1445

---

Appeal from the United States District Court for the Southern District of Ohio in No. 07-CV-0045, Senior Judge Sandra S. Beckwith.

---

**O R D E R**

Having received no objection to this court's December 30, 2013 order,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

2          SWAPALEASE, INC. v. SUBLEASE EXCHANGE.COM, INC.


                                   FOR THE COURT

                                   /s/ Daniel E. O'Toole
                                   Daniel E. O'Toole
                                   Clerk of Court


s21